FILED
CLERK, U.S. DISTRICT COURT

SEP 2 3 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )   Case No. 2:12-CR-46-MWF
                               )
             Plaintiff,        )   ORDER OF DETENTION AFTER HEARING
                               )   (Fed.R.Crim.P. 32.1(a)(6)
      v.                       )       18 U.S.C. § 3143(a)
                               )   Allegations of Violations of
James Christopher Welbaum      )   Probation/Supervised Release
                               )           Conditions)
             Defendant.        )
_____)

       On arrest warrant issued by the United States District Court for

the _____CDCA_____ involving alleged violations of

conditions of probation/supervised release:

       1.    The court finds that no condition or combination of

             conditions will reasonably assure:

             A.    (✓) the appearance of defendant as required; and/or

             B.    (✓) the safety of any person or the community.

///

///

///

///

///

2.    The Court concludes:

A.    ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community.  Defendant poses a risk to the safety of other persons or the community based on:

_____

_____

_____

_____

_____

B.    ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released.  Defendant poses a flight risk based on: _____

_____

_____

_____

_____

        IT IS ORDERED that defendant be detained.

DATED:  9/23/15

                                   _____
                                   HONORABLE JACQUELINE CHOOLJIAN
                                   United States Magistrate Judge

2