FILED
CLERK, U.S. DISTRICT COURT

FEB 1 2 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-00046-MWF |
| Plaintiff, | ORDER OF DETENTION AFTER |
| v. | HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |
| JAMES CHRISTOPHER WELBAUM | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)   ( ✓ )   the appearance of defendant as required; and/or

(B)   ( ✓ )   the safety of any person or the community.

//

//

The court concludes:

A.   (✓)   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will comply w/conditions of release; Defendant appears to have violated release by continued substance abuse_

(B)   (✓)   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will comply with conditions of release; Defendant appears to have violated release conditions by continued substance abuse._

IT IS ORDERED that defendant be detained.

DATED: _2/10/14_

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2